ically, plaintiff contends that Garcia–Luna made racist comments during her closing argument to invoke the jury's sense of civic duty. Without deciding this claim, we directed the parties to submit a transcript of the closing argument and any additional briefing on the point.

We have now received a copy of the transcript and plaintiff's supplemental brief. After examining the closing argument and further considering plaintiff's contentions, we find no evidence of racist remarks. Plaintiff asks us to read "code words" into otherwise inoffensive language and wring innuendo from appropriate argument. We cannot supply what fails to appear, however, and so conclude that plaintiff's remaining claim is likewise without merit. Accordingly, we AFFIRM the district court's judgment for the defendant in all respects.

Before BOGGS and NORRIS, Circuit Judges; and NUGENT,* District Judge.

On June 8, 2000, this court issued its opinion affirming the ruling of the United States Tax Court's upholding the Commissioner's deficiency determinations in this case. On January 16, 2001, the United States Supreme Court vacated our judgment and remanded the case for further consideration in light of *Gitlitz v. Commissioner of Internal Revenue*, No. 99–1295, decided January 9, 2001. This cause is therefore remanded to the United States Tax Court for further consideration in conformity with the Supreme Court's opinion.

UNITED STATES of America, Petitioner–Appellee,

v.

Linda R. WOOTEN, Trustee of Audio Architects Trust and Trustee of Wooten Family Trust, Respondent–Appellant.

No. 00–3992.

United States Court of Appeals, Sixth Circuit.

March 7, 2001.

Salvador A. GAUDIANO, et al., Petitioners–Appellants,

v.

COMMISSIONER OF INTERNAL REVENUE, Respondent–Appellee.

No. 99–1294.

United States Court of Appeals, Sixth Circuit.

March 6, 2001.

* The Honorable Donald C. Nugent, United States District Judge for the Northern District of Ohio, sitting by designation.